NASSAU NAT. BANK, Appellant, v. RYAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) Action by the Nassau National Bank of Brooklyn against John F. Ryan and others. No opinion. Judgment unanimously affirmed, without costs.

NATIONAL CASH-REGISTER CO., Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by the National Cash-Register Company against Delos M. Johnson. F. Bien, for appellant. F. A. Butler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEELY, Respondent, v. MUNNICH, Appellant. (City Court of New York, General Term. March 29, 1899.) Action by William Neely against Christopher Munnich. There was a judgment for plaintiff, and defendant appeals. Affirmed. Hastings & Gleason, for appellant. Abr. A. Joseph, for respondent.

McCARTHY, J. The judgment having been satisfied, the order appealed from was justifiable, and is affirmed, with costs. SCHUCHMAN, J., concurs.

NELSON, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Elizabeth L. Nelson against the Lehigh Valley Railroad Company. No opinion. Motion for leave to appeal to the court of appeals, on the ground that the case involves questions of law which ought to be reviewed by that court, granted. See 55 N. Y. Supp. 1094.

NEW YORK CENT. & H. R. R. CO. v. STATE. (Supreme Court, Appellate Division, Third Department. March 17, 1899.) Action by the New York Central & Hudson River Railroad Company against the state of New York. No opinion. Motion for leave to go to the court of appeals granted, and question certified as filed with the clerk. See 55 N. Y. Supp. 685.

NEW YORK MERCANTILE LOAN ASS'N, Respondent, v. NATIONAL SEWING-MACH. CO., Appellant. (Supreme Court, Appellate Term. April 21, 1899.) Action by the New York Mercantile Loan Association against the National Sewing-Machine Company. From a judgment for plaintiff, defendant appeals. Reversed. Kennesen, Crain & Alling, for appellant. McCrea, Somerville & Taylor, for respondent.

MacLEAN, J. Following the doctrine set out in Rieser v. Charles F. Parker & Co. (decided at the present term) 57 N. Y. Supp. 745, in which case the facts were similar to those in this, except that the defendant corporation in this case was created in and by the state of Illinois, the judgment should be reversed. Judgment reversed, with costs to the appellant to abide the event.

NORTHRUP, Appellant, v. CARMICHAEL et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) Action by Katie Northrup against Janet A. Carmichael and others. No opinion. Judgment affirmed, with costs.

OESTERLING, Respondent, v. METROPOLITAN EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by Henry Oesterling against the Metropolitan Elevated Railway Company. A. A. Wheat, for appellant. A. B. Cruikshank, for respondent. No opinion. Judgment affirmed, with costs.

OTT, Respondent, v. WISSELL, appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by George Ott against Andrew Wissell, as administrator, etc., of Conrad Wissell, deceased. No opinion. Order affirmed, without costs.

PAGENSTECHER, Appellant, v. ZURCHER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Emma L. Pagenstecher against Ernst Zurcher and another. L. Kronfeld, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PALING, Appellant, v. PERKINS et al., Respondents. (Supreme Court, Appellate Division, First Department. April, 1899.) Action between Mary E. Paling and James H. Perkins and another. From an order denying a motion to change the place of trial, the former appeals. Reversed. Thomas H. Lee, for appellant. T. S. Corey, for respondents.

VAN BRUNT, P. J. For the reasons assigned in the opinion in the case of Thomson v. Perkins (decided herewith) 57 N. Y. Supp. 810, the order appealed from should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs to abide the event.

PEABODY, Respondent, v. CHANDLER, Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by R. Singleton Peabody against Julia P. Chandler. No opinion. Reargument ordered. See 48 N. Y. Supp. 1110.

PEOPLE, Respondents, v. BURNS, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Proceeding by the people against Frederick Burns. J. W. Jacobson, for appellant. C. Le Barbier, for respondents. No opinion. Judgment affirmed.

PEOPLE v. FAMILY-FUND SOC. RE SHORB v. OLIVER. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Proceeding by the people against Family-Fund Society. Action by Re Shorb against one Oliver. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 867.

PEOPLE v. WILLIS et al. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Proceeding by the people against Theodore B. Willis and another. No opinion.